| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hayden, Katharine S. | US District Court - DNJ | 08/08/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐   Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States District Court
USPO & Courthouse Building
Newark, New Jersey 07101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Seton Hall University School of Law |
| 2. | Board of Directors | Federal Judges Association |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 08/08/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 8/11-12/11 | Seton Hall University School of Law, Adjunct Professor - Fall Intersession | $6,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/11-12/11 | Partner, Law Firm - |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EDR Hearing | 3-15-2011 - 3-17-2011 | District of Virgin islands - St. Croix | Court Hearing | Hotel, Transportation, Meals |
| 2. | Committee on Defender Services | 2-25-2011 - 2-27-2011 | San Antonio, Texas | Committee Meeting | Hotel, Transportation, Meals |
| 3. | Court of Appeals Sitting | 4-28-2011 - 4-28-2011 | Philadelphia, PA | Court Hearing` | Hotel, Transportation, Meals |
| 4. | Federal Judges Association | 4-12-2011 - 4-13-2011 | Washington, DC | FJA Board Meeting | Hotel, Transportation, Meals |
| 5. | Judicial Conference | 5-4-2011 - 5-6-2011 | Philadelphia, PA | Third Circuit Judcial Conference | Hotel, Transportation, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 08/08/2012 |

| 6. | Committee on Defender Services | 6-12-2011 - 6-13-2011 | Coronado, CA | Committee Meeting | Hotel, Transportation, Meals |
|---|---|---|---|---|---|
| 7. | Committee on Defender Services | 12-4-2011 - 12-6-2011 | New Orleans, LA | Committee Meeting | Hotel, Transportation, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 08/08/2012 |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 08/08/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2.   - Arbor Realty Trust Inc. Common Stock | | None | J | T | | | | | |
| 3.   - Consolidated Edison Inc. Common Stock | A | Dividend | K | T | | | | | |
| 4.   - Duke Energy Corp. (Holding Company) Common Stock | A | Dividend | J | T | | | | | |
| 5.   - Encana Corp-Cad Common Stock | A | Dividend | J | T | | | | | |
| 6.   - Enterprise Prods Partners LP Common Stock | B | Distribution | K | T | | | | | |
| 7.   - GlaxoSmithKline PLC SP ADR Common Stock | A | Dividend | J | T | | | | | |
| 8.   - JP Morgan Chase & Co. Common Stock | A | Dividend | J | T | | | | | |
| 9.   - Kimberly Clark Corp. Common Stock | A | Dividend | K | T | | | | | |
| 10.  - Nokia Corp. Sponsored ADR Common Stock | A | Dividend | J | T | Buy (add'l) | 01/31/11 | J | | |
| 11.  - Pentair Inc. Common Stock | A | Dividend | J | T | | | | | |
| 12.  - Pfizer Inc. Common Stock | A | Dividend | J | T | | | | | |
| 13.  - Sasol Ltd., Spons. ADR Common Stock | A | Dividend | K | T | | | | | |
| 14.  - Walt Disney Co. Common Stock | A | Dividend | K | T | | | | | |
| 15.  - Altria Group Inc. Common Stock | A | Dividend | J | T | | | | | |
| 16.  - Aqua America Inc. Common Stock | A | Dividend | J | T | | | | | |
| 17.  - AT&T Inc. Common Stock | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Chesapeake Energy Corp. Common Stock | A | Dividend | K | T | | | | | |
| 19. - Honeywell Intl Inc. Common Stock | A | Dividend | K | T | Buy (add'l) | 08/12/11 | J | | |
| 20. - Microsoft Corp Common Stock | A | Dividend | J | T | | | | | |
| 21. - Mitsubishi UFJ Financial Group Inc. ADR Common Stock | A | Dividend | J | T | | | | | |
| 22. -Procter & Gamble Co. Common Stock | A | Dividend | K | T | | | | | |
| 23. - Wal-Mart Stores Inc. Common Stock | A | Dividend | J | T | | | | | |
| 24. -Citibank NA South Dakota Bank Deposit Program | A | Interest | | | | | | | See Note in Part VIII |
| 25. -CVS Caremark Corp. Common Stock | A | Dividend | K | T | | | | | |
| 26. - Transocean Ltd Switzerland Common Stock | A | Dividend | J | T | | | | | |
| 27. - Seaspan Corp Common Stock | A | Distribution | J | T | | | | | |
| 28. - Energy Transfer Partners LP Common Stock | B | Distribution | K | T | | | | | |
| 29. - Aercap Holdings NV Common Stock | | None | | | Sold | 08/12/11 | J | | |
| 30. - Home Depot Inc Common Stock | A | Dividend | J | T | | | | | |
| 31. - Layne Christensen Co Common Stock | | None | J | T | | | | | |
| 32. - Lowes Companies Inc Common Stock | A | Dividend | J | T | | | | | |
| 33. - McDonalds Corp Common Stock | A | Dividend | K | T | | | | | |
| 34. - Wells Fargo & Co Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Bristol Myers Squibb Co. Common Stock | A | Dividend | J | T | | | | | |
| 36. - Conagra Foods Inc. Common Stock | A | Dividend | J | T | | | | | |
| 37. - Deere & Co. Common Stock | A | Dividend | K | T | | | | | |
| 38. - El Paso Corp. Common Stock | A | Dividend | J | T | | | | | |
| 39. - General Electric Co. Common Stock | A | Dividend | J | T | | | | | |
| 40. - H J Heinz Co. Common Stock | A | Dividend | K | T | | | | | |
| 41. - Hewlett Packard Co. Common Stock | A | Dividend | | | Sold | 12/19/11 | J | | |
| 42. - Kellogg Co. Common Stock | A | Dividend | J | T | | | | | |
| 43. - Kraft Foods Inc. Class A Common Stock | A | Dividend | J | T | | | | | |
| 44. - Marathon Oil Corp. Common Stock | A | Dividend | | | Sold | 03/08/11 | J | A | |
| 45. - National Oilwell Varco Inc. Common Stock | A | Dividend | J | T | | | | | |
| 46. - Nustar Energy LP Common Stock | B | Distribution | K | T | | | | | |
| 47. - Otter Tail Corp. Common Stock | A | Dividend | J | T | | | | | |
| 48. - Parker-Hannifin Corp. Common Stock | A | Dividend | K | T | Buy (add'l) | 10/18/11 | J | | |
| 49. - Philip Morris Intl Inc. Common Stock | A | Dividend | K | T | | | | | |
| 50. - Quanta Services Inc. Common Stock | | None | J | T | | | | | |
| 51. - Raytheon Company Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Cenovus Energy Inc. Common Stock | A | Dividend | K | T | | | | | |
| 53. - General Cable Corp Comon Stock | | None | J | T | | | | | |
| 54. - Louisiana Pacific Corp Common Stock | | None | | | Sold | 02/09/11 | J | A | |
| 55. - Unilever NY NY Shs Common Stock | A | Dividend | J | T | | | | | |
| 56. - Florida Citizens Ppty Ins Corp Sr Sec Municipal Bond | A | Interest | K | T | | | | | |
| 57. - NJ Edu Facs Auth Rev Rfndg Bonds - Uni of Med/Den of NJ | C | Interest | L | T | | | | | |
| 58. - New Jersey ST Edl Facs Auth Rev Refdg - Kean Univ Bond | B | Interest | K | T | | | | | |
| 59. - California St Var Purp Genl Oblig Municipal Bond | B | Interest | K | T | | | | | |
| 60. - AXT Inc. Common Stock | | None | J | T | | | | | |
| 61. - The Babcock & Wilcox Company Common Stock | | None | | | Sold | 08/24/11 | J | | |
| 62. - Boeing Co. Common Stock | A | Dividend | K | T | | | | | |
| 63. - McDermott Internantional Inc. Common Stock | | None | | | Sold | 08/12/11 | J | | |
| 64. - New York Community Bancorp Common Stock | A | Dividend | J | T | | | | | |
| 65. - Public Service Enterprise Grp Common Stock | A | Dividend | J | T | | | | | |
| 66. - Total S.A Spons ADR Common Stock | A | Dividend | K | T | | | | | |
| 67. - Tupperware Corp. Common Stock | A | Dividend | J | T | | | | | |
| 68. - Vodafone Group PLC Spons ADR New Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Whirlpool Corp Common Stock | A | Dividend | J | T | | | | | |
| 70. - Casino Reinvestment Dev Auth NJ Bond | A | Interest | K | T | | | | | |
| 71. - NJ Higher Ed Assistant Auth Bond | B | Interest | K | T | | | | | |
| 72. - El Du Pont De Nemours & Co Common Stock | A | Dividend | J | T | Buy | 01/13/11 | J | | |
| 73. - Eaton Corp Common Stock | A | Dividend | J | T | Buy | 08/12/11 | J | | |
| 74. - Emerson Electric Co Common Stock | A | Dividend | J | T | Buy | 04/12/11 | J | | |
| 75. - Nucor Corp Common Stock | A | Dividend | J | T | Buy | 01/13/11 | J | | |
| 76. | | | | | Buy (add'l) | 02/09/11 | J | | |
| 77. | | | | | Buy (add'l) | 03/08/11 | J | | |
| 78. | | | | | Buy (add'l) | 06/17/11 | J | | |
| 79. - Virgin Islands PFA Rev Bond | B | Interest | K | T | Buy | 01/25/11 | K | | |
| 80. - Citibank NA Bank Deposit Program | A | Interest | J | T | | | | | See Note in Part VIII |
| 81. - Torchmark Corp Common Stock | A | Dividend | | | Buy | 08/12/11 | J | | |
| 82. | | | | | Sold | 10/18/11 | J | A | |
| 83. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 84. - Fidelity Investments Money Market Account | A | Dividend | J | T | | | | | |
| 85. - Western Assset Municipal Money Market | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 87. - Citibank NA Bank Deposit | A | Interest | L | T | | | | | |
| 88. IRA/401K ACCOUNTS | | | | | | | | | |
| 89. - IRA Smith Barney Money Funds Inc. Class A | A | Interest | J | T | | | | | |
| 90. - IRA Smith Barney Money Funds Class A | C | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 08/08/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII-Line 24 - Citibank NA South Dakota Bank Deposit Program is a sweep money market bank account which had a zero balance at the end of the reporting period

Part VII-Line 80 - Citibank NA Bank Deposit Program is a sweep money market bank account

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Katharine S. Hayden**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544